UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GEORGE MANCILLA,<br><br>                    Petitioner,<br><br>            v.<br><br>ACTING WARDEN, High Desert State Prison,<br><br>                    Respondent. | No.  1:13-cv-00399-LJO-SKO  HC<br><br>ORDER DIRECTING<br>CLERK OF COURT<br>TO AMEND CAPTION |

"If the petitioner is currently in custody under a state court judgment, the petition must name as respondent the state officer who has custody."  Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts.  Petitioner is presently incarcerated in High Desert State Prison, Susanville, California.  As a result, Connie Gipson, the former warden of California State Prison, Corcoran, no longer has custody of Petitioner.  The Acting Warden of High Desert State Prison, who is yet to be named publicly, now has custody of Petitioner.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect "Acting Warden, High Desert State Prison," as Respondent.

IT IS SO ORDERED.

Dated:    **March 21, 2016**                              /s/ Sheila K. Oberto
                                                                        UNITED STATES MAGISTRATE JUDGE

1