# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GEORGE MANCILLA,<br><br>Petitioner,<br><br>v.<br><br>ACTING WARDEN, High Desert State Prison,<br><br>Respondent. | Case No. 1:13-cv-00399-LJO-SKO HC<br><br>ORDER DIRECTING RESPONDENT TO SUPPLEMENT THE RECORD<br><br>Lodged Doc. 3 |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court referred the matter to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

The Clerk's Supplemental Transcript (Lodged Doc. 3) in this case includes a DVD/video disc purportedly including audio and video recordings introduced as evidence in Petitioner's trial. The copy provided to the Court is blank.

Accordingly, the Court hereby DIRECTS the Respondent to supplement the state record with a copy of the DVD/video disc submitted as part of Lodged Document 3 . Respondent shall file the requested supplemental material no later than fifteen (15) days from the date of this order.

IT IS SO ORDERED.

Dated:  **March 31, 2016**                   /s/ Sheila K. Oberto
                                             UNITED STATES MAGISTRATE JUDGE