# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GEORGE MANCILLA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>ACTING WARDEN, High desert State Prison,<br><br>　　　　Respondent. | Case No. 1:13-cv-00399-LJO-SKO  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION |

Pursuant to F.R.Civ.P. 25(d), when a public party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending, the officer's successor is automatically substituted as a party.  In the above-captioned case, Marion Spearman has been named warden of High Desert State Prison, Susanville, California.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Marion Spearman, Warden, High Desert State Prison, as Respondent.

IT IS SO ORDERED.

Dated:   **April 12, 2016**　　　　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1